United States District Court
Southern District of Texas
**ENTERED**
March 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ANTHONY RAY MATA, SR., ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-155 |
| | § | |
| FREEPORT McMoRAN, INC. | § | |

## REPORT AND RECOMMENDATION

On March 1, 2017, the Court held a Minor Settlement Hearing in this case. The Court now issues this Report and Recommendation.

Based upon the testimony of the minor's mother and the arguments of counsel the Court finds that the proposed terms of the confidential settlement are fair and reasonable and that the confidential settlement would be in the best interests of the minor child.

The Court, therefore, **RECOMMENDS** that the settlement be **APPROVED**.

With the agreement of the settling Parties any objections to this Report and Recommendation **SHALL** be filed no later than **Friday, March 3, 2017**. See McGill v. Goff, 17 F.3d 729, 731-32 (5th Cir. 1994).

**DONE** at Galveston, Texas, this _____1st_____ day of March, 2017.

John R. Froeschner
United States Magistrate Judge