United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTHONY RAY MATA, SR., ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-155 |
| | § | |
| FREEPORT McMoRAN, INC. | § | |

### ORDER APPROVING MINOR SETTLEMENT

As requested by the parties, Magistrate Judge John R. Froeschner presided over a minor settlement hearing in this case. Dkt. 87. After that settlement hearing, Judge Froeschner issued a Report and Recommendation, recommending that this Court find the proposed terms of the confidential settlement are fair and reasonable and that approval of the confidential settlement would be in the best interest of the minor. Dkt. 89. No timely objections have been filed to the Report and Recommendation of Magistrate Judge Froeschner.

Now, after appropriate review, the Court finds that the terms of the confidential settlement are fair, reasonable and in the best interests of the minor child.

It is, therefore, **ORDERED** that the Report and Recommendation (Dkt. 89) is hereby **ADOPTED** by this Court and the confidential minor settlement is **APPROVED**.

**DONE** at Galveston, Texas, this 7th day of March, 2017.

George C. Hanks, Jr.
United States District Judge